# United States Court of Appeals
## For the First Circuit

No. 17-1059

UNITED STATES OF AMERICA,
Appellant,

v.

KENDALL ROSE,
Defendant, Appellee.

No. 17-1064

UNITED STATES OF AMERICA,
Appellant,

v.

IKE WEEMS, a/k/a True,
Defendant, Appellee.

No. 17-1066

UNITED STATES OF AMERICA,
Appellant,

v.

ANTHONY SABETTA,
Defendant, Appellee.

No. 17-1067

UNITED STATES OF AMERICA,
Appellant,

v.

ALBERTO RODRÍGUEZ,
Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on July 18, 2018, is amended as follows:

On page 5, note 1, line 1, replace "ADW" with "A/BDW"